**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50319 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-03310-BTM |
| v. | |
| URIEL ULYSES RIVERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, Chief Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Uriel Ulyses Rivera appeals from the 120-month sentence imposed

following his guilty-plea conviction for conspiracy to import heroin, in violation of

21 U.S.C. §§ 952, 960, and 963.  We have jurisdiction under 28 U.S.C. § 1291, and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Rivera contends that the district court erred by imposing a 120-month mandatory minimum sentence following his guilty plea to conspiracy to import a controlled substance because he did not have knowledge that the controlled substance was heroin or of the quantity of heroin involved. As Rivera concedes, this argument is foreclosed by *United States v. Carranza*, 289 F.3d 634, 644 (9th Cir. 2002). We decline Rivera's request that we call for en banc review to reconsider our precedent on this issue.

**AFFIRMED.**